**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| BRANDON JERRIOD JOHNSON, as an individual,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>BACKGROUNDCHECKS.COM and DOES 1-10 inclusive,<br>　　　　Defendant(s). | **Case No.:**　1:25-cv-11481-MGL<br><br>**COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL** |

Plaintiff BRANDON JERRIOD JOHNSON (hereafter "Plaintiff") files his Complaint for Damages and Demand for a Jury Trial against Defendants BACKGROUNDCHECKS.COM and DOES 1-10 inclusive (hereinafter collectively as "Defendants"), and alleges as follows:

**NATURE OF THE ACTION**

1.　　Defendant is a background check service that offers verifications and background screenings on consumers including but not limited to criminal records.

2.　　Sometime in August 2023, Plaintiff applied for employment with Castle Cleaners.

3.　　In connection with Plaintiff's employment application, Castle Cleaners procured a background screening report on Plaintiff from Defendant Backgroundchecks.com ("Defendant").

-1-

4.      On or after August 25, 2023, Defendant furnished an employment background check report ("Report") to Plaintiff's prospective employer.

5.      Defendant disclosed incomplete criminal history regarding Plaintiff.

6.      Specifically, Defendant disclosed records without stating the severity of the offense on the report.

7.      As a direct result of Defendant's failure to label the severity of the records stated, Plaintiff was denied employment.

8.      Under the Fair Credit Reporting Act ("FCRA" 15 USC §1681 *et seq.*) §1681(e)(b), Defendant was required to use reasonable procedures to ensure the ***maximum possible accuracy*** of the information reported. Generating an incomplete report, missing vital information regarding charges stated is a clear violation of this statute.

9.      Defendant did not have defined processes to verify the accuracy of the public records information provided and reflecting accurate records in its entirety on the consumer report.

10.     Plaintiff suffered, and continues to suffer actual damages and emotional distress as a result of the denial of employment.

11.     Accordingly, Plaintiff seeks recovery for his actual damages, including denial of employment and emotional distress. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

## THE PARTIES

12.     Plaintiff is an individual and resident of the Aiken, South Carolina.

13.     Defendant is a consumer reporting agency within the meaning of the Fair Credit Reporting Act ("FCRA" 15 U.S. Code §1681 *et seq.*) 15 U.S. Code §1681a(f) and is a routine seller of consumer reports as defined in the FCRA.

14.     Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

-2-
COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

15.     Backgroundchecks.com is owned by HireRight, LLC, which holds its principal place of business at 100 Centerview Dr STE 300, Nashville, TN 37214.

16.     Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

17.     Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## FIRST CAUSE OF ACTION
### (Violation of 15 USC §1681e(b))

18.     Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

19.     Disclosing an offense without a severity on the Report is materially misleading because it implies that the offense is more serious than it actually is.

20.     Plaintiff is informed, and believes, and thereon alleges that Defendant failed to review the original records of the information disclosed on the Report.

21.     Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

22.     Plaintiff is informed, and believes, and thereon alleges that Defendant knew, or should have known, that its procedures, policies, and/or practices were not sufficient to ensure maximum possible accuracy of information disclosed on the Report but nevertheless relied on them, willfully and/or recklessly violating the above-referenced sections of the FCRA.

23.     Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the maximum possible accuracy of information on the Report.

## SECOND CAUSE OF ACTION

### (Violation of 15 USC §1681k(a)(2))

24.     Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

25.     To be complete and up to date, criminal record information must include severity of an offense charged and/or disposed.

26.     Defendant did not provide Plaintiff with a contemporaneous notice that it was furnishing Castle Cleaners with public record information on Plaintiff.

27.     Plaintiff is informed, and believes, and thereon alleges that Defendant failed to review complete and up to date records of the information disclosed on the Report.

28.     Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

29.     Defendant knew that the public record information disclosed on the Report was likely to have an adverse effect upon Plaintiff's ability to obtain employment.

30.     Plaintiff is informed and believes, and thereon alleges that Defendant knew, or should have known, that its procedures, policies, and/or practices were not sufficient to ensure information disclosed on the Report would be complete and/or up to date but nevertheless relied on them, willfully and/or recklessly violating the above-referenced sections of the FCRA.

31.     Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize strict procedures to ensure that public record information disclosed on the Report was complete and up to date.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

follows:

a.  For a declaration that Defendants' practices violate the FCRA

b.  For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c.  For interest upon such damages as permitted by law;

d.  For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e.  For the costs of the lawsuit;

f.  For injunctive relief as applicable; and

g.  For such other orders of the Court and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

/s/ *Penny Hays Cauley*
Penny Hays Cauley, Fed ID #10323
**HAYS CAULEY, P.C.**
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
phc917@hayscauley.com

and

Devin H. Fok, Esq.
devin@devinfoklaw.com
Joshua Kim, Esq.
joshua@devinfoklaw.com
**DHF Law, PC**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL