# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| **Brandon Jerriod Johnson, as an individual,** | ) ) ) | |
| Plaintiff, | ) ) ) | 1:25-cv-11481-MGL |
| v. | ) ) | **Plaintiff's Answers to Local Rule** |
| **Backgroundchecks.com and DOES 1 – 10 inclusive,** | ) ) ) ) | **26.01 Interrogatories** |
| Defendant(s). | ) ) | |

## PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

Comes now the Plaintiff Brandon Jerriod Johnson, by and through the undersigned counsel of record, and hereby files his Answers to Local Rule 26.01 Interrogatories pursuant to the Local Rules of the United States District Court for the District of South Carolina as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None.**

B. As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: The Plaintiff is entitled to and seeks a trial by jury on all claims set forth in his Complaint.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent,

subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of more of the outstanding shares.

**ANSWER: The Plaintiff in this matter is an individual.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: The Aiken Division is the appropriate venue for this case because the alleged facts underlying Plaintiff's claims occurred in part in this District, the Plaintiff resides in this District, and the Defendant transacted business in this District.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
phc917@hayscauley.com

and

Devin H. Fok, Esq.
devin@devinfoklaw.com
Joshua Kim, Esq.
joshua@devinfoklaw.com
**DHF Law, PC**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411

*Attorneys for Plaintiff*

August 25, 2025
Florence, South Carolina