## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| Brandon Jerriod Johnson, | C.A. No. 1:25-cv-11481-MGL |
| Plaintiff, | |
| vs. | DEFENDANT BACKGROUNDCHECKS.COM'S LOCAL CIVIL RULE 26.01 RESPONSES |
| Backgroundchecks.com and Does 1-10, | |
| Defendants. | |

Pursuant to Local Civil Rule 26.01, D.S.C., Defendant backgroundchecks.com, LLC ("BGC") hereby submits the following responses:

**(A)** State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: BGC is unaware of any persons or legal entities that may have a subrogation interest in this matter.

**(B)** As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE**: BGC acknowledges that Plaintiff has requested a jury trial on his claims.

**(C)** State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE**: Defendant backgroundchecks.com, LLC is a wholly owned subsidiary of Genuine Financial Holdings, LLC. No publicly-held company owns ten percent (10%) or more of backgroundchecks.com, LLC's stock. BGC is not a parent company of any publicly-owned company, and no publicly-owned company owns ten percent (10%) or more of the outstanding shares of BGC.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of a challenge to the appropriateness of the division).**

RESPONSE: BGC denies the claims in the Complaint, but has no information that this case does not belong in this division. According to the Complaint, Plaintiff resides in the Aiken Division and the acts giving rise to Plaintiff's claims allegedly occurred here.

**(E) Is this action related in whole or in part to another matter filed in this District, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may* be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

RESPONSE: Upon information and belief, this action is not related in whole or in part to another matter in the District of South Carolina.

**(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

RESPONSE: Defendant's correct legal name is backgroundchecks.com, LLC. Defendant will accept service of an amended summons and pleading reflecting the correct identification. BGC notes that Plaintiff has already dismissed "Does 1-10." Dkt. No. 15.

**(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

RESPONSE: BGC is unaware of another person or legal entity that is liable to BGC or to Plaintiff at this time.

**(H)** In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE:** Not applicable.

Respectfully Submitted,

**MAYNARD NEXSEN P.C.**

By:/s/ Giles M. Schanen, Jr.
    Giles M. Schanen, Jr.
    Fed. Bar No. 8098
    Email: GSchanen@maynardnexsen.com
    Elizabeth C. Edmondson
    Fed. Bar No. 13208
    Email: EEdmondson@maynardnexsen.com
    104 South Main Street, Suite 900
    Greenville, South Carolina 29601
    Telephone: (864) 370-2211

*Attorneys for Defendant backgroundchecks.com, LLC*

Greenville, South Carolina
December 19, 2025